UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DANA LEE HALFADAY and
MICHAEL CRAIG WANDAHSEGA, JR.,

Defendants.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**Distribution of Fentanyl Resulting in Death**

On or about December 25, 2025, in Menominee County, in the Northern Division of the Western District of Michigan, the defendants,

**DANA LEE HALFADAY and**
**MICHAEL CRAIG WANDAHSEGA, JR.,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, the use of which resulted in the death of D.W.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
_______________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_______________________________
HANNA L. RUTKOWSKI
Assistant United States Attorney