UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL CRAIG WANDAHSEGA, JR.,

Defendant.
_______________________________________/

Case No. 2:26-cr-00011-2

Hon. Hala Y. Jarbou
Chief U.S. District Judge

**ORDER FOR DETENTION**

Defendant Wandahsega appeared before the undersigned for a detention hearing on October 8, 2026. For reasons stated on the record, Defense counsel waived the detention hearing and reserved the issue of detention in this case. Defense counsel may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant Wandahsega shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: October 13, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE